THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v VICTOR GOMEZ, Respondent.

Submitted July 21, 2008; decided August 28, 2008

Motion for assignment of counsel granted and Steven Banks, Esq., the Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the respondent on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v L. DENNIS KOZLOWSKI, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK H. SWARTZ, Appellant.

Submitted August 18, 2008; decided August 28, 2008

Motion by Association of Corporate Counsel for leave to appear amicus curiae on the appeals herein granted only to the extent that the proposed brief is accepted as filed.